**Bonakdar Law Firm**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, ABRAHAM SIGALA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00135-LJO-SKO-11 |
| Plaintiff, | STIPULATION AND ORDER REGARDING MODIFICATION OF LOCATION MONITORING CONDITION AS TO CURFEW |
| v. | |
| ABRAHAM SIGALA, | COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

TO THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Government (United States of America) by and through Kimberly A. Sanchez, Assistant United States Attorney and Defendant Abraham Sigala, by and through his counsel, Roger S. Bonakdar of the Bonakdar Law Firm, hereby stipulate and agree as follows:

WHEREAS Mr. Sigala was released on May 16, 2017, and since his release Mr. Sigala has been subject to location monitoring (Home Detention).

WHEREAS Mr. Sigala is currently employed part-time and attending Barber school on a weekly basis.

WHEREAS Mr. Sigala is participating in the Better Choices program and has made significant improvements in several areas of his life.

///

///

1
**STIPULATION RE MODIFICATION OF LOCATION MONITOR CURFEW; ORDER**

WHEREAS Pretrial Services, the Government, and Defendant are in agreement to modifying Mr. Sigala's location monitoring condition to a specific curfew of 8:00 p.m. to 8:00 a.m.

IT IS HEREBY STIPULATED by and between the parties herein, that Mr. Sigala's location monitoring condition of curfew shall be modified to a specific surfew of 8:00 p.m. to 8:00 a.m.

IT IS FURTHER STIPULATED that the curfew condition of Mr. Sigala's Pretrial Supervised Release be modified to reflect as follows:

> CURFEW: You must remain inside your residence every day from **8:00 p.m. to 8:00 a.m.,** or as adjusted by the Pretrial Services Officer for medical, religious services, employment, or court-ordered obligations.

IT IS FURTHER STIPULATED that all prior conditions of pretrial release not modified by this stipulation remain in full force and effect.

IT IS SO STIPULATED:

Dated: April 20, 2018                     BENJAMIN B. WAGNER
                                          United States Attorney

                                     By:  /s/Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant United States Attorney


                                          BONAKDAR LAW FIRM

Dated: April 20, 2018                By:  /s/ Roger S. Bonakdar
                                          ROGER S. BONAKDAR
                                          Attorney for Defendant
                                          ABRAHAM SIGALA

Dated: April 20, 2018                     US PRETRIAL SERVICES

                                     By:  /s/ Alicia Mirgain
                                          ALICIA MIRGAIN
                                          Pretrial Services Officer

IT IS SO ORDERED.

Dated: **April 23, 2018**                 /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

---

2
**STIPULATION RE MODIFICATION OF LOCATION MONITOR CURFEW; ORDER**