**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, ABRAHAM SIGALA

(SPACE BELOW FOR FILING STAMP ONLY)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00135-LJO-SKO-11 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING MODIFICATION OF LOCATION MONITORING CONDITION AS TO CURFEW |
| v. | |
| ABRAHAM SIGALA, | COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

TO THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Government (United States of America) by and through Kimberly A. Sanchez, Assistant United States Attorney and Defendant Abraham Sigala, by and through his counsel, Roger S. Bonakdar of the Bonakdar Law Firm, hereby stipulate and agree as follows:

WHEREAS Mr. Sigala was released on May 16, 2017, and since his release Mr. Sigala has been subject to location monitoring (Home Detention).

WHEREAS Mr. Sigala is currently employed part-time and attending Barber school on a weekly basis.

WHEREAS Mr. Sigala is participating in the Better Choices program and has made significant improvements in several areas of his life.

WHEREAS the terms and conditions of Mr. Sigala's curfew relating to his location monitoring condition were recently modified to a specific curfew of 8:00 p.m. to 8:00 a.m.

1
**STIPULATION RE MODIFICATION OF LOCATION MONITOR CURFEW; ORDER**

WHEREAS Mr. Sigala is desirous of joining his family for his brother's graduation on Thursday, June 7, 2018. Mr. Sigala would like to attend the graduation in Atwater, California, as well as go out to eat, and attend any other family-related activities associated with his brother's graduation.

WHEREAS the parties have stipulated and agreed to modifying the terms and conditions of Mr. Sigala's curfew for Thursday, June 7, 2018, from 8:00 p.m., to 11:00 p.m., only, so as to afford Mr. Sigala the freedom of attending certain family-related events associated with Mr. Sigala's brother's graduation. Mr. Sigala specific terms and conditions of curfew of 8:00 p.m., to 8:00 a.m., will resume on Friday, June 8, 2018.

IT IS FURTHER STIPULATED that all prior conditions of pretrial release not modified by this stipulation remain in full force and effect.

IT IS SO STIPULATED:

Dated: June 5, 2018
BENJAMIN B. WAGNER
United States Attorney

By: /s/Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

BONAKDAR LAW FIRM

Dated: June 5, 2018
By: /s/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant
ABRAHAM SIGALA

Dated: June 5, 2018
US PRETRIAL SERVICES

By: /s/ Alicia Mirgain
ALICIA MIRGAIN
Pretrial Services Officer

IT IS SO ORDERED.

Dated: **June 7, 2018**

UNITED STATES MAGISTRATE JUDGE