**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, ABRAHAM SIGALA

(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ABRAHAM SIGALA,<br><br>　　　　　　　　Defendant. | CASE NO. 1:17-CR-00135-LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: October 21, 2019<br>TIME: 11:00 a.m.<br>COURTROOM: 4 |

　　　　WHEREAS the Sentencing Hearing has been scheduled in this matter for October 21, 2019, at 11:00 a.m., in Courtroom 4 (LJO).

　　　　WHEREAS Roger S. Bonakdar, counsel for Defendant Abraham Sigala (herein "Defendant") requests additional time to meet with Mr. Sigala in preparation for de-briefing and interview with Probation.

　　　　WHEREAS counsel for the parties have met and conferred regarding the continuance, and the Government and Probation are in agreement.

　　　　Defendant is in the process of preparing significant mitigation materials, including video narrative materials, for the Court's consideration, which will necessarily involve the use of third-party videographer services, and coordination of others beyond

Defendant and his counsel. It is impracticable to complete the foregoing by the currently set dates.

THEREFORE, IT IS STIPULATED by and between the parties that the October 21, 2019, sentencing hearing be continued to January 20, 2019, or in the alternative to a date not less than 60 days from the October 21, 2019, sentencing date.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Dated: September___, 2019　　　　　　　United States Attorney's Office

　　　　　　　　　　　　　　　　　　By:　/s/ Ross Pearson
　　　　　　　　　　　　　　　　　　　　ROSS PEARSON
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: September___, 2019　　　　　　　UNITED STATES PROBATION

　　　　　　　　　　　　　　　　　　　/s/ Natali Valdivia
　　　　　　　　　　　　　　　　　　　NATALI VALDIVIA
　　　　　　　　　　　　　　　　　　　United States Probation Officer

Dated: September___, 2019　　　　　　　BONAKDAR LAW FIRM

　　　　　　　　　　　　　　　　　　By:　/s/ Roger S. Bonakdar
　　　　　　　　　　　　　　　　　　　　ROGER S. BONAKDAR
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　ABRAHAM SIGALA

ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the October 21, 2019, Sentencing hearing is hereby continued to January 20, 2019.

IT IS FURTHER ORDERED that the deadlines for exchange of informal objections, and filing of formal objections and sentencing memoranda, shall be extended to reconcile with the continued Sentencing Hearing date.

**NO FURTHER CONTINUANCES.**

IT IS SO ORDERED.

Dated: **September 16, 2019**       /s/ Lawrence J. O'Neill
       UNITED STATES CHIEF DISTRICT JUDGE