(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorney for DEFENDANT, ABRAHAM SIGALA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                    v.<br><br>ABRAHAM SIGALA,<br><br>                           Defendant. | CASE NO.  1:17-CR-00135-11 DAD<br><br>ORDER EXONERATING BOND |

Defendant Abraham Sigala (herein "Mr. Sigala"), motion for an Order Exonerating Bond having come before this Court, and good cause appearing therefore, it is hereby ORDERED:

The Court finds that Mr. Sigala was released pursuant to a $1,500.00 cash bond posted on or about May 16, 2017. Mr. Sigala is no longer subject to the custody of this Court having fully complied with the terms and conditions of his supervised release.

THEREFORE IT IS ORDERED that the Clerk of the Court is to exonerate the $1,500 cash bond posted in this case, with said funds being released to the depositor of record who paid said funds on behalf of Mr. Sigala on May 16, 2017, Document Nos. 102, 111, Receipt No. CAE100035744, on behalf of Mr. Sigala.

///

IT IS SO ORDERED.

Dated: __**March 4, 2021**__

_____
UNITED STATES DISTRICT JUDGE