HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00135-NONE-SKO |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) |
| ABRAHAM SIGALA, | ) |
| Defendant. | ) |

Defendant, Abraham Sigala, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his probation.

On January 21, 2020, Mr. Sigala was sentenced to 60 months of probation. He began serving his term of probation on January 21, 2020. Mr. Sigala submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his *Financial Affidavit*, it is respectfully recommended that CJA panel counsel be appointed.

DATED: August 12, 2022                    */s/ Eric V Kersten*
                                          ERIC V. KERSTEN
                                          Assistant Federal Defender
                                          Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __August 15, 2022__    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE