1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7         FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )    Case №: 1:17-CR-00135-11-DAD
                                       )
9                 Plaintiff,           )         **O R D E R**
                                       )      **APPOINTING COUNSEL**
10                vs.                   )
                                       )
11   ABRAHAM SIGALA,                    )
                                       )
12                Defendant.           )
                                       )
13   _____)

14          The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18          IT IS HEREBY ORDERED that Roger S. Bonakdar be appointed to represent the above

19
     defendant in this case effective *nunc pro tunc* to August 15, 2022, seeking Early Termination of
20
     Probation.
21
            This appointment shall remain in effect until further order of this court.
22

23   DATED: 8/17/2022

24

25               *Sheila K. Oberto*
                 _____
26               HON. SHEILA K. OBERTO
                 United States Magistrate Judge
27

28

-1-